THE NATIONAL HARROW COMPANY, Appellant, *v.* E. BEMENT & SONS, Respondents.

Reported below, 21 App. Div. 290.
(Argued February 28, 1898; decided March 8, 1898.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered September 22, 1897, reversing a judgment in favor of plaintiff entered upon the report of a referee and granting a new trial.

The motion was made upon the ground that the appellant has waived its right to appeal, it being alleged that it has taken affirmative action or has accepted a benefit under the order or judgment appealed from.

*Cookinham, Sherman & Martin* for motion.

*Risley & Love* opposed.

Motion denied, with ten dollars costs.